(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Kisha Baldwin
132 Chestnut Street
Middlesex, New Jersey 08846

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Wilmington Housing Authority
400 North Walnut Street
Wilmington, Delaware 19801

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 23-768
*(To be assigned by Clerk's Office)*

**COMPLAINT**
(Pro Se)

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Baldwin, Kisha N
Name (Last, First, MI)

132 Chestnut Street
Street Address

Middlesex   New Jersey   08846
County, City   State   Zip Code

973-776-4355   Kisha-baldwin@yahoo.com
Telephone Number   E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Wilmington Housing Authority
Name (Last, First)

400 North Walnut Street
Street Address

Wilmington   Delaware   19801
County, City   State   Zip Code

Defendant 2: Johnson Andrew
Name (Last, First)

400 North Walnut Street
Street Address

Wilmington   Delaware   19801
County, City   State   Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3: __Fitzgerald, Raymond__
Name (Last, First)

__400 North Walnut Street__
Street Address

__Wilmington__          __Delaware__        __19801__
County, City            State              Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City            State              Zip Code

## II. BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

Plaintiff Kisha Baldwin filed compliant against Wilmington Housing Authority (WHA) in Wilmington, Delaware for employment discrimination cases of Harassment, Disciplined and Discharged family care Responsibility.

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The Wilmington Housing Authority is within the jurisdiction over this action involves federal questions Regarding of claim state and local laws because the events or omissions was unlawful employment best practices in the alleged occurred in this district.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington Housing Authority

Date(s) of occurrence: Sept 7, 2021 to January 14, 2022

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

The plaintiff filed a charge of discrimination with Equal Employment Opportunity Commission (EEOC), alleging violations of Title VII of Civil Right Act of 1964, arise out of Harrassment, Disciplined and Discharge of job duties basis of sex, family care Responsibility and retaliation claim. EEOC completed investigation of the charge and issues plaintiff

notice of right to sue, Plaintiff was asked to abruptly force to leave the employer premises at Wilmington Housing Authority, the compliant to add claims the defendants violated Title VII as well.

**Was anyone else involved?**

Plaintiff Kisha Baldwin is a resident of Middlesex, New Jersey. At all Relevant times, Plaintiff is and has been a resident of State of New Jersey and met the definition of an "employee" under all applicable statues.

Wilmington Housing Authority (WHA) was engaged in the operations of public housing in the Wilmington, Delaware area. At all Relevant times.

Defendant Raymond Fitzgerald is the acting Executive Director of Wilmington Housing Authority Resided in state of Delaware at all Relevant times. Defendant is the directly participated in the discriminatory, harrassment of the unlawful business practices and behavior which Result in the termination of employment Plaintiff without merit and was the "aider" and "abettor" under all Relevant statues.

> Who did what?

Defendent Andrew Johnson is the new acting Director of Capital Development of Wilmington Housing Authority resided in the state of Delaware. At all Relevant times, Defendant is the main participated in discriminatory, harrassment of the unlawful employment behaviors taken against Plaintiff and was the "aider" and "abettor" under all Relevant statues.

Plaintiff is a hetersexual female and former of Wilmington Housing Authority.

Plaintiff was employed by Wilmington Housing Authority from September 7, 2021 to January 14, 2022; as the Director of Capital Development Report to defendant of Raymond Fitzgerald Executive Director.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Prior to accepting employment with Wilmington Housing Authority ask to work with Defendant Andrew Johnson who harrassed and Retailiation against the Plaintiff for getting the job as Director of Capital Development at Wilmington Housing Authority where employment. The plaintiff was vebally and physical harrassment use disciplined from Executive Director (Raymond Ftergerald) was discharged based on of sex, family care Responsibility and Retailiation for engaging into protection activity after Recovering from COVID-19 and care of grand child under 10 at Relevant time.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ 116,000.00

☐ Other (explain):

Plaintiff is seeking loss of salary of all monetary and economic damages including, but not limited to loss employment of past and future income, wage, compensation job security and other benefit of employment along with emotional distress, humilation, depression, embarrassment stress, and personal dignity of emotional pain suffered due to lack of employment to pay household bills and punitive damage.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

_____        _____
Dated                            Plaintiff's Signature

Baldwin, Kisha    M
Printed Name (Last, First, MI)

132 Chestnut Street    Middlesex    NJ    08846
Address                City         State Zip Code

973-776-4355                     Kisha_baldwin@yahoo.com
Telephone Number                 E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**