IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KISHA BALDWIN, | : |
|         Plaintiff, | : |
| v. | :   Civ. No. 23-768-GBW |
| WILMINGTON HOUSING AUTHORITY, et al. | : |
|         Defendants. | : |

**ORDER**

At Wilmington this 21st day of February, 2024,

IT IS HEREBY ORDERED that:

1. On January 2, 2024, an Order was entered that dismissed the Complaint and gave Plaintiff leave to file an amended complaint or before January 30, 2024. (D.I. 6). The Order advised Plaintiff that the Clerk of Court would be directed to close the case should Plaintiff fail to timely file an amended complaint. (*Id.*).

2. The time has passed, and Plaintiff has failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

_____
UNITED STATES DISTRICT JUDGE